# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-26 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| STETSON WHITE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on October 30, 2017. The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on November 20, 2017 wherein the defendant admitted to the following violations:

1. New Law Conviction;
2. Failure to Report to Probation Office as Directed.

The Magistrate Judge filed a report and recommendation on November 20, 2017, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on December 8, 2017. Defendant Stetson White was present and represented by Attorney Thomas Conway. The United States was represented by Assistant United States Attorney Joseph Pinjuh. United

States Probation Officer Valencia Small was also present.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of thirty-six (36) months, to run consecutive to defendant's undischarged sentence in Cuyahoga County Common Pleas Court Case Number CR-17-613005. The Court recommends that the defendant be placed at FCI Elkton and that the defendant participate in any trades programs offered at the designated facility.

No term of supervised release shall follow.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: December 8, 2017

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**